Bessie Hunziker, as Administratrix, etc., of Frederick H. Hunziker, Deceased, Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.—

Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Dexter and Northern Railroad Company, Appellant, v. Luther I. Foster and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted and question for review certified.